THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

GARY W. MUFFLEY, Regional Director of the
Ninth Region of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR
RELATIONS BOARD

                          Applicant

    v.                                      Civil No. 1:13-mc-00033-MRB-SKB

LORETTA PETERSON

                          Respondent

## ORDER

    Upon Motion of the National Labor Relations Board (Board) requesting to withdraw its application for enforcement of subpoena, and the Board having advised the Court that Respondent Loretta Peterson appeared and gave testimony before an Agent of the Board, thereby complying with the Court's prior order that she obey the Board's subpoena,

    IT IS HEREBY ORDERED that the Board's motion is granted and this matter is hereby dismissed, without prejudice.

                                                        *Stephanie K. Bowman*
                                                     United States Magistrate Judge